Free Paid
NP
aa

Xiang Zhu
3610 Flora Vista Ave., Apt 339
Phone: (650) 207-3192
Email: xzhu70@yahoo.com
Pro Se.

ADR

FILED

2007 NOV -1 P 2: 31

RICHARD W. WIEKING
CLERK
US DISTRICT COURT
NO. DIST. OF CA. S.J.

THE UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Plaintiff:        Xiang Zhu

Vs.

Defendants:
Michael Chertoff, Secretary of the Department
of Homeland Security  (DHS)
Emilio T. Gonzalez, Director of the U.S.
Citizenship and Immigration Services (USCIS)
Donald Neufeld, Director of California Service
Center of USCIS
Robert S. Mueller III, Director of Federal
Bureau of Investigation (FBI)

C07 05570 RMW
RS

Case No.

ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY
JUDGEMENT

**JURISDICTION**

1.    This Court has subject matter jurisdiction over this action under 5 U.S.C. § 1361

(Mandamus Act); and under 28 U.S.C. § 1331 (federal question jurisdiction) and

under 5 U.S.C. §§ 555(b), 701 et seq. (Administrative Procedure Act "APA"); and

under 28 U.S.C. § 2201 (Declaratory Judgment Act). This Court may grant relief

pursuant to 28 U.S.C. §§ 1361, 1651, 2202 and 5 U.S.C. § 702.

**VENUE**

2.    Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may

request a hearing on the matter in the District where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

Page 1

ORIGINAL COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS &
DECLARATORY JUDGEMENT

3.    Under Civil Local Rule 3-2(c) this case should be assigned to the San Jose division of this court. Plaintiff resides near San Jose and this citizenship application was filed to USCIS San Jose's office.

## INTRODUCTION

4.    This action is brought against the Defendants to compel action on the clearly delayed processing of an N-400 Application for Naturalization filed by the Plaintiff, Xiang Zhu about 18 months ago. The application was filed and remains within the jurisdiction of the Defendants, who have improperly delayed processing the application to Plaintiff's detriment.

## PARTIES

5.    Plaintiff, Xiang Zhu is a lawful permanent resident of the United States, currently residing in Santa Clara, California. He is the beneficiary of an N-400, Application for Naturalization to become a U.S. Citizen, filed with the USCIS (California Service Center, Laguna Niguel) on May 04, 2006.

6.    Defendant, Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with the enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

7.    Defendant, Emilio T. Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g) (2) (ii) (B).

ORIGINAL COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS &
DECLARATORY JUDGEMENT

8.   Defendant, Donald Neufeld is the Director of California Service Center of U.S. Citizenship and Immigration Services. In his capacity as the Director of California Service Center, USCIS, Mr. Neufeld is responsible for the administration of immigration benefits and services including the processing of naturalization applications. As such, he has decision-making authority over the matters alleged in this Complaint.

9.   Defendant, Robert S. Mueller III is the Director of Federal Bureau of Investigation. Mr. Mueller III is responsible for the administration of background check services requested by USCIS. As such, he has decision-making authority over the matters alleged in this Complaint.

## EXHAUSTION OF REMEDIES

10.  During the past 18 months, Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to be naturalized as U.S. Citizen. This action challenges only the Defendants' timeliness in adjudication of this Naturalization petition, not the granting or denial of petition.

## CAUSE OF ACTION

11.  Plaintiff is a lawful permanent resident of the United States. Plaintiff was granted United States Permanent Resident status on July 05, 2001 under File Number A#075-770-242 based on Employment Based Category E26 (Professionals holding advanced degrees). Attached hereto as **Exhibit "1"** is a copy of Plaintiff's Permanent Resident Card.

12.  Plaintiff filed a petition for Naturalization (N-400 application) with the USCIS California Service Center, Laguna Niguel, which was received by the Service Center on May 04, 2006. Attached hereto as **Exhibit "2"** is the receipt notice by the USCIS.

13.  On June 09, 2006, Plaintiff submitted his finger prints at the USCIS Santa Ana Office. Attached hereto as **Exhibit "3"** is a copy of the fingerprint appointment letter

Page 3

ORIGINAL COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS &
DECLARATORY JUDGEMENT

and the Biometrics Processing Stamp confirming that fingerprints were submitted to USCIS on June 09, 2006.

14. As of October 31, 2007, the USCIS online case status is still as "Case received and pending". And there is no indication of a definite time line. Attached hereto as **Exhibit "4"** is a print of online case status report.

15. Plaintiff's case is way outside of normal processing time. According to the USCIS website for District Office Processing Dates for San Jose California, https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=70, posted on October 15, 2007, USCIS is now processing cases with Receipt Notice Date of February 22, 2007 for N-400 applications. This is ten months after Plaintiff's May 04, 2006 Receipt Notice date. Attached hereto **Exhibit "5"** is a copy of the USCIS processing time web page.

16. Around February, 2007 Plaintiff appeared at the USCIS San Jose Office in order to request an expedite review of his case, as his case was already delayed significantly. The immigration officer told Plaintiff that USCIS could not approve his application due to the delayed background check, and it could be weeks or months or even years until it was completed. Note that Plaintiff does not have a copy of the record because he made a direct office visit without appointment. However, the San Jose Office may keep the records of the visitors.

17. In March, 2007, Plaintiff contacted the office of Senator Dianne Feinstein asking for help. Ms. Morgan Galli, who is the Constituent Services Representative at Senator Feinstein San Francisco' office, told Plaintiff that they did not have authority to expedite the request, but they could find out the status of the request via Congressional Inquiry. Plaintiff received a letter from Senator Feinstein San Francisco's Office dated June 1, 2007, which stated that Plaintiff's Name Check has been pending at FBI since May 26, 2006. And still, there is no any indication of when this indefinite process will end. Attached hereto as **Exhibit "6"** is a copy of the letter from Senator Feinstein San Francisco's Office.

ORIGINAL COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS &
DECLARATORY JUDGEMENT

18.    On July 10, 2007, Plaintiff decided to file a FOIPA (Freedom of Information Privacy Act) Request to see if the reason behind the FBI Name Check Clearance delay was due to a Record in the FBI Central Record System (CRS). Plaintiff sent a letter to Mr. David M. Hardy, who is the Chief of Record/Information Dissemination Section of FBI. Plaintiff requested Mr. Hardy to furnish him with copies of all records about him indexed to his name with his identifying information maintained in the FBI CRS, under the Freedom of Information Act, 5 U.S.C. subsection 552 and the Privacy Act 5 U.S.C. After about 5 months there is no relay. Attached hereto as **Exhibit "7"** is a copy of Plaintiff's FOIPA request letter sent to Mr. David Hardy.

19.    On July 11, 2007, Plaintiff sent an email to FBINNCP@ic.fbi.gov requesting assistance to resolve this pending case. To this date there has been no response. Attached hereto as **Exhibit "8"** is a copy of the email letter sent to FBI.

20.    Around August, 2007, Plaintiff sent an FBI Identification Record Request to FBI CJIS Division along with his fingerprints. An FBI Identification Record is also referred to as a Criminal History Record or Rap Sheet. Plaintiff wanted to exclude the possibility of the existence of any such erroneous record on him. On September 15, 2007, Plaintiff received the results of his FBI Identification Record Request from FBI Identification and Investigative Services Section indicating that the FBI CJIS Division had "NO ARREST RECORD" on him. Attached hereto as **Exhibit "9"** is a copy of the response from FBI regarding Plaintiff's FBI Identification Record Request.

21.    Plaintiff Xiang Zhu has exhausted administrative remedies on his application for Naturalization. Plaintiff has been lawfully present in the United States for over 16 years since attending an university in August 1991 and has always complied with immigration and civil laws, has never been arrested or convicted of a crime and has never presented a security risk to the United States. During these 16 years, Plaintiff has been a student and then a computer engineer, following a simple and clean professional career development path. This background should not be difficult for any investigation.

ORIGINAL COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS &
DECLARATORY JUDGEMENT

22. Plaintiff's application for naturalization has been pending since May 2006. Plaintiff has appeared for all fingerprinting appointments as scheduled and was available for interviews with USCIS and FBI. Thus the delay cannot be attributed to him.

23. The Defendants have failed to properly adjudicate the Plaintiff's applications. They have failed to adhere to their own regulations and have improperly delayed the processing of Plaintiff's N-400 Application after the Plaintiff had submitted a properly executed application. In general, Congress has laid down the parameters of reasonableness in immigration adjudication, stating: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application." 8 U.S.C. § 1571. Plaintiff's initial filing of his application was on May 4, 2006; to date it has been 548 days since Plaintiff's initial filing.

24. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures.

## INJURY TO PLAINTIFF

25. Defendants' failure to timely process Plaintiff's naturalization application, including any name check, has caused and will continue to cause irreparable injury to Plaintiff.

   a. Specifically, the delay on this case has prevented Plaintiff from filing immigration petition (I-130) for his wife. Because of that, Plaintiff's wife has to endure much hardship to sustain her H-1 status so that she can stay united with Plaintiff. International traveling has been very difficult to her due to the lengthy visa application process. She has also been losing many oversea business trip opportunities, which are critical to her career as a senior international tax consultant. More importantly, she is deprived of freedom to visit her family in China, especially her 84 years old grandma who raised her up. Essentially, Plaintiff's wife is suffering on both her career, family issues, due to Defendants' failure to timely process Plaintiff's naturalization application.

ORIGINAL COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS &
DECLARATORY JUDGEMENT

b.     Plaintiff is not entitled for benefits only available to U.S. citizens. Therefore Defendants' unreasonable delay in adjudicating naturalization application deprived Plaintiff of citizenship benefits like a right to vote and fully participate in our democracy; receive a United States passport; hold a job that is restricted to United States citizens.

c.     Plaintiff has lost significant work time and money while pursuing his application for naturalization, making inquiries with USCIS and FBI, contacting his local congressman's office, research on web and in libraries to understand laws and regulations and find out what remedies are available. All of these result in significant expenses financially, mentally, and time-wise.

26.     The Administrative Procedure Act requires administrative agencies to conclude matters presented to them "within a reasonable time." 5 U.S.C. § 555. A district court reviewing agency action may "compel agency action unlawfully withheld or unreasonable delayed." 5 U.S.C. § 706(1). The court also may hold unlawful and set aside agency action that, inter alia, is found to be: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. §706(2)(A); "in excess of statutory jurisdiction, authority, or Limitations, or short of statutory right," 5 U.S.C. § 706(2)(C); or "without observance of procedure required by law," 5 U.S.C. § 706(2)(D). "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. §551(13).

27.     The Defendants, in violation of the Administrative Procedures Act, 5 USC §§ 555 et seq., 701 et seq., are unlawfully withholding action on the plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

28.     Plaintiff has provided sufficient evidence of his attempt to secure adjudication of these applications at this issue, all to no avail. Accordingly Plaintiff has been forced to file a petition in this court.

ORIGINAL COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS &
DECLARATORY JUDGEMENT

PRAYER FOR RELIEF

29.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the court enter an order:

a.    Assume jurisdiction over this matter.

b.    Declare that the Defendants' failure to act is illegal, arbitrary, capricious, and abuse of discretion.

c.    Compel Defendants and those acting under them to perform their duty to act on completing Plaintiff's name check and to adjudicate Plaintiff's application for naturalization within a reasonable time period specified by this court.

d.    Award Plaintiff reasonable costs of this suit.

e.    Grant such other and further relief as this Court deems just and appropriate.

Dated: October 31, 2007

Respectfully Submitted.

Plaintiff, Xiang Zhu
3610 Flora Vista Ave Apt 339
Santa Clara, CA 95051
Phone: (650)207-3192
Email: xzhu70@yahoo.com
Pro Se.

**ORIGINAL COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS &
DECLARATORY JUDGEMENT**

# Exhibit "1"

## PERMANENT RESIDENT CARD

NAME ZHU, XIANG



INS A# 075-770-242

Birthdate    Category    Sex
05/22/70    E26    M

Country of Birth
China, People's Republic of

CARD EXPIRES 11/08/11

Resident Since 07/05/01

```
C1USA0757702429WAC0110351564<<
7005222M1111086CHN<<<<<<<<<<<0
ZHU<<XIANG<<<<<<<<<<<<<<<<<<<
```



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

## PERMANENT RESIDENT CARD

The person identified by this card is authorized to work and reside in the U.S.

# Exhibit "2"

THE UNITED STATES OF AMERICA

| Receipt | | | **NOTICE DATE**<br>May 15, 2006 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **INS A#**<br>A 075 770 242 |
| **APPLICATION NUMBER**<br>WSC*001507501 | **RECEIVED DATE**<br>May 04, 2006 | **PRIORITY DATE**<br>May 04, 2006 | **PAGE**<br>1 of 1 |

| **APPLICANT NAME AND MAILING ADDRESS** | |
|---|---|
| XIANG ZHU<br>3610 FLORA VISTA AVE 339<br>SANTA CLARA CA 95051 | **PAYMENT INFORMATION:**<br><br>Single Application Fee:         $400.00<br>Total Amount Received:        $400.00<br>Total Balance Due:               $0.00 |

ɪlɪɪɪlɪlɪllɪɪɪlɪlɪɪɪll

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:              May 22, 1970
Address Where You Live:   3610 FLORA VISTA AVE 339
                           SANTA CLARA CA 95051

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001616350

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



# Exhibit "3"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| Fingerprint Notification | June 01, 2006 |

| CASE TYPE | INS A# |
|---|---|
| N400    Application For Naturalization | A 075 770 242 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| WSC*001507501 | May 04, 2006 | May 04, 2006 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

XIANG ZHU
3610 FLORA VISTA AVE 339
SANTA CLARA CA 95051

TENPRINTS QA REVIEW BY:
ON    JUN 0 9 2006

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS SAN JOSE | 06/09/2006 |
| 122 CHARCOT AVE. | 10:00 AM |
| SAN JOSE CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
WSC*001507501

| WARNING! |
|---|
| *Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.* |

Form I-797C (Rev. 01/31/05) N

# Exhibit "4"

# Case Status Search

Receipt Number:    WSC*001507501

Application Type:    N400, APPLICATION FOR NATURALIZATION

Current Status:
Case received and pending.

On May 9, 2006, we received this N400 APPLICATION FOR NATURALIZATION, and mailed you
a notice describing how we will process your case. Please follow any instructions on this notice.
We will notify you by mail when we make a decision or if we need something from you. If you
move while this case is pending, call customer service. We process cases in the order we receive
them. You can use our processing dates to estimate when yours will be done. This case is at our
CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You
can also receive automatic e-mail updates as we process your case. Just follow the link below to
register.

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact the
USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

# Exhibit "5"



Home  Contact Us  Site Map  FAQ

Search  [GO]
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted October 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| I-600A | Application for Advance Processing of Orphan Petition | 3 Months |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | February 22, 2007 |
| N-600 | Application for Certification of Citizenship | April 15, 2007 |

[ Print This Page ]     [ Back ]

**10-18-2007 12:53 AM EDT**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

# Exhibit "6"

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

June 1, 2007

Xiang Zhu
3610 Flora Vista Ave, Apt 339
Santa Clara, California 95051

Dear Xiang:

The Federal Bureau of Investigation has told me that your name check has been pending since May 26, 2006. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

# Exhibit "7"

Xiang Zhu
3610 Flora Vista Ave., Apt 339
Santa Clara, CA 95051
Phone: 650-207-3192
Email: xzhu70@yahoo.com

July 10, 2007

David M. Hardy
Section Chief
Records/Information Dissemination Section
Records Management Division, FBI
Washington, D.C. 20535

Re: FOIPA report request

To Whom It May Concern:

     I am writing this letter to request a FOIPA report on the pending FBI name check with regards to my citizenship application. My case has been held at FBI for one year and two months.

     I am a computer professional working in Silicon Valley in California. I have lived in the U.S. for sixteen years. I have maintained clean legal status throughout. I have never involved in any criminal/unlawful activities either in the states or in my home country China. My background as a student and then an engineer is supposed to be simple to check. However, it is taking indefinitely long time. This delay has severely impacted my life. I cannot help my wife obtain legal residency. She has to obtain it through work visa, loosing freedom to pursue her educational and personal interests. We cannot travel abroad easily for job requirements.

     Therefore, I humbly request your assistance in expediting the FBI name check process on my case. I am herewith providing my case information below:

     Name: Xiang Zhu
     DOB: 05/22/1970
     N-400 Application Number #: WSC*001507501
     N-400 Priority Date: May 04, 2006
     INS A#: A075770242
     Service center: CIS San Jose, 122 Charcot Ave., San Jose, CA 95131
     Address: 3610 Flora Vista Ave., Apt 339, Santa Clara, CA 95051

     Please feel free to contact me at 650-207-3192 or xzhu70@yahoo.com, if you need further information.

     Your assistance will be greatly appreciated.

Sincerely yours,

Xiang Zhu

# Exhibit "8"

Print

**From:** Xiang Zhu (xzhu70@yahoo.com)
**To:** FBINNCP@ic.fbi.gov; FBINNCP@ic.fbi.gov
**Date:** Wednesday, July 11, 2007 12:28:31 AM
**Subject:** name check inquiry

Xiang Zhu
3610 Flora Vista Ave., Apt 339
Santa Clara, CA 95051

July 10, 2007

Re: FBI name check

To Whom It May Concern:

I am writing this letter to request your assistance in resolving my pending FBI name check with regards to my citizenship application. My case has been held at FBI for one year and two months.

I am a computer professional working in Silicon Valley in California. I have lived in the U.S. for sixteen years. I have maintained clean legal status throughout. I have never involved in any criminal/unlawful activities either in the states or in my home country China. My background as a student and then an engineer is supposed to be simple to check. However, it is taking indefinitely long time. This delay has severely impacted my life. I cannot help my wife obtain legal residency. She has to obtain it through work visa, loosing freedom to pursue her educational and personal interests. We cannot travel abroad easily for job requirements.

Therefore, I humbly request your assistance in expediting the FBI name check process on my case. I am herewith providing my case information below:

Name: Xiang Zhu
DOB: 05/22/1970
N-400 Application Number #: WSC*001507501
N-400 Priority Date: May 04, 2006
INS A#: A075770242
Service center: CIS San Jose, 122 Charcot Ave., San Jose, CA 95131
Address: 3610 Flora Vista Ave., Apt 339, Santa Clara, CA 95051

Please feel free to contact me at 650-207-3192 or xzhu70@yahoo.com, if you need further information.

Your assistance will be greatly appreciated.

Sincerely yours,

Xiang Zhu

# Exhibit "9"

LEAVE BLANK

FBI

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME NAM    FIRST NAME    MIDDLE NAME

ZHU    XIANG

ALIASES AKA

DC000000Z
COIS-WV-DO-REQ
CLARKSBURG, WV

CITIZENSHIP CIZ

2007091727-06-01

ARMED FORCES NO. MNU

SOCIAL SECURITY NO. SOC

MISCELLANEOUS NO. MNU

DATE OF BIRTH DOB
Month Day Year
05-22-1970    PLACE OF BIRTH POB

SEX M    RACE    HGT    WGT    EYES    HAIR    PLACE OF BIRTH POB

LEAVE BLANK

CLASS

REF

DATE TAKING FINGERPRINTS NSF

RAM- 97 Van

SIGNATURE OF PERSON FINGERPRINTED

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LS IDX TP5700  50X50GB  F001735/105648

LS T630/#3 3 M5

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION
## UNITED STATES DEPARTMENT OF JUSTICE
### CJIS DIVISION/CLARKSBURG, WV 26306

## APPLICANT

### 1. LOOP



CENTER OF LOOP

DELTA

**THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW**

### 2. WHORL



DELTAS

**THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR**

### 3. ARCH



**ARCHES HAVE NO DELTAS**

FD-258 (REV. 5-11-99)
☆ U.S. GOVERNMENT PRINTING OFFICE: 2004-304-373/80039

TO OBTAIN CLASSIFIABLE FINGERPRINTS

1. USE BLACK PRINTER'S INK
2. DISTRIBUTE INK EVENLY ON INKING SLAB.
3. WASH AND DRY FINGERS THOROUGHLY.
4. ROLL FINGERS FROM NAIL TO NAIL, AND AVOID ALLOWING FINGERS TO SLIP
5. BE SURE IMPRESSIONS ARE RECORDED IN CORRECT ORDER
6. NOTATE IN THE APPROPRIATE FINGER BLOCKS IF APPLICANT IS MISSING ONE OR MORE FINGERS FOR ANY REASON. IF NOT MISSING, ALL TEN IMPRESSIONS MUST BE PROVIDED WITH SCARS AND DEFORMITIES NOTATED
7. IF SOME PHYSICAL CONDITION MAKES IT IMPOSSIBLE TO OBTAIN PERFECT IMPRESSIONS, SUBMIT THE BEST THAT CAN BE OBTAINED
8. EXAMINE THE COMPLETED PRINTS TO SEE IF THEY CAN BE CLASSIFIED, BEARING IN MIND THAT MOST FINGERPRINTS FALL INTO THE PATTERNS SHOWN ON THIS CARD (OTHER PATTERNS OCCUR INFREQUENTLY AND ARE NOT SHOWN HERE)

### THIS CARD FOR USE BY:

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS*
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STATES. LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS

### INSTRUCTIONS:

* 1. PRINTS MUST FIRST BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH
2. PRIVACY ACT OF 1974 (PL. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION AND USES WHICH WILL BE MADE OF IT

** 3. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
4. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.

MISCELLANEOUS NO. RECORD: OTHER ARMED FORCES NO. PASSPORT NO. (PP), ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS), VETERANS ADMINISTRATION CLAIM NO. (VA).

LEAVE THIS SPACE BLANK



NO ARREST RECORD

SEP 15 2007

CJIS DIVISION
(FBI)

SEP 1 5 2007 5 0 3 5