# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR

FILED

2007 NOV 13 P 2: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

XIANG ZHU

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 05570 RMW

V.

Robert S. Mueller III, Director of Federal Bureau
of Investigation (FBI)

TO: (Name and address of defendant)

Robert S. Mueller III, Director of Federal Bureau of Investigation (FBI)
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Xiang Zhu
3610 Flora Vista Ave, Apt 339
Santa Clara, CA 95051

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 11/02/2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/10/2007 |
| Name of SERVER XIANG ZHU | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail 7007 1490 0000 4642 8880

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/2007
Date

Signature of Server
3610 Flora Vista Ave #339
Santa Clara, CA 95051
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 1490 0000 4642 8880**
Status: Delivered

**Track & Confirm**
Enter Label/Receipt Number.

Your item was delivered at 4:01 AM on November 10, 2007 in WASHINGTON, DC 20535.

( Additional Details > ) ( Return to USPS.com Home > )

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map
Contact Us
Forms
Gov't Services
Jobs
Privacy Policy
Terms of Use
National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.
No FEAR Act EEO Data
FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                          11/13/2007