# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

ADR

FILED

2007 NOV 13 P 2:31

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Xiang Zhu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 05570 RMW

V.

Emilio T. Gonzalez, Director of the U.S.
Citizenship and Immigration Services (USCIS)

TO: (Name and address of defendant)

Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services (USCIS)

Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Xiang Zhu
3610 Flora Vista Ave, Apt 339
Santa Clara, CA 95051

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

DATE  11/02/2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/10/2007 |
| Name of SERVER XIANG ZHU | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail 7007 1490 0000 4642 8897

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/09/2007
            Date

Signature of Server
3610 Flora Vista Ave #339
Santa Clara, CA 95051
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


**UNITED STATES POSTAL SERVICE®**

Page 1 of 1

Home | Help | Sign In

# Track & Confirm

Track & Confirm       FAQs

## Search Results

Label/Receipt Number: **7007 1490 0000 4642 8897**
Status: Delivered

Your item was delivered at 10:53 AM on November 9, 2007 in WASHINGTON, DC 20528.

(Additional Details >) (Return to USPS.com Home >)

### Track & Confirm
Enter Label/Receipt Number.

(Go >)

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

---

Site Map
Contact Us
Forms
Gov't Services
Jobs
Privacy Policy
Terms of Use
National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.
No FEAR Act EEO Data
FOIA

☐ Postal        ☑ Inspector

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20528    OFFICIAL USE

| Postage | $ | $2.16 | 0012 |
| Certified Fee | | | Postmark |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Here NOV 2007 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | 11/05/2007 |
| Total Postage & Fees | $ | $6.9_ | |

Sent To: Emilio T. Gonzales, General
Street, Apt. No.; or PO Box No. CHS, USCIS
City, State, ZIP+4 Washington, DC 20528

7007 1490 0000 4642 8897

PS Form 3800, August 2006    See Reverse for Instructions

11/13/2007

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do