ADR

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

2007 NOV 13 P 2: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

Xiang Zhu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 05570 RMW

V.

Michael Chertoff, Secretary of the Department of
Homeland Security (DHS)

TO: (Name and address of defendant)

Michael Chertoff, Secretary of the Department of Homeland Security (DHS)

Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Xiang Zhu
3610 Flora Vista Ave, Apt 339
Santa Clara, CA 95051

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 11/02/2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 11/10/2007

Name of SERVER: XIANG ZHU

TITLE:

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail 7007 1490 0000 4642 8927

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/09/2007

Signature of Server

Address of Server: 3610 Flora Vista Ave #339, Santa Clara, CA 95051

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 1490 0000 4642 8927**
Status: **Delivered**

Your item was delivered at 10:53 AM on November 9, 2007 in WASHINGTON, DC 20528.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map
Contact Us
Forms
Gov't Services
Jobs
Privacy Policy
Terms of Use
National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.
No FEAR Act EEO Data
FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                11/13/2007