UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| XIANG ZHU, | ) | No. C 07-0557 RMW |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ET AL., | ) ) ) | |
| Defendants. | ) ) | |

Defendants move to dismiss plaintiff's complaint for writ of mandate compelling defendants to complete security checks and processing of plaintiff's application for naturalization to become a United States Citizen for failure to state a claim. The court has read the moving and responding papers. For the reasons set forth below, the court GRANTS defendants' motion to dismiss.

Robert Mueller, the Director of the Federal Bureau of Investigation, is not a proper defendant in this case. *See Konchitsky v. Chertoff*, 2007 WL 2070325, *6-7 (N. D. Cal. Jul. 13, 2007) (granting motion to dismiss Robert Mueller: "However, courts squarely addressing the issue of whether they have jurisdiction to compel the FBI to perform name checks in connection with adjustment of status petitions have overwhelmingly concluded that they do not.... The court concludes that, while this court has jurisdiction over USCIS with regard to Konchitsky's I-485 application, there is no similar basis for this court to mandate action by the FBI."). Accordingly, the Defendant FBI is dismissed.

USCIS cannot by statute adjudicate plaintiff's application for naturalization. The FBI name check is an integral part of the required criminal background check that must be completed prior to a naturalization determination. *See* 8 C.F.R. § 335.2(b).

There is no evidence that defendants are refusing to adjudicate plaintiff's application. Defendants' motion to dismiss is hereby GRANTED.

SO ORDERED.

1  Dated:
2                                    _____
                                     RONALD M. WHYTE
                                     United States District Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

### Zhu v. Chertoff
### C 07-0557 RMW

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[Proposed] Order**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    PERSONAL SERVICE (BY MESSENGER)

____    FEDERAL EXPRESS via Priority Overnight

_X___    EMAIL

____    FACSIMILE (FAX)

to the party(ies) addressed as follows:

**Xiang Zhu, Pro Se**
**3610 Flora Vista Ave., Apt. 339**
**Santa Clara, CA 95051**
**PH: 650.207.3192**
**Email: xzhu@yahoo.com**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this January 7, 2008 at San Francisco, California.

____/s/_____
LILY HO-VUONG
Legal Assistant