1 Geri N. Kahn (CSB #148536)
  400 Montgomery Street, Suite 810
  San Francisco, CA 94104
2 Tel. (415) 397-5446
  Fax (925) 889-4379
3 Email: gkahn@pacbell.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANG ZHU, | Case No.: 07 05570 RMW |
| Plaintiff, | Notice of Appearance |
| vs. | |
| Michael Chertoff, Secretary, Department of Homeland Security, ET AL., | |
| Defendants. | |

The undersigned counsel enters an appearance in this action on behalf of the plaintiff and requests that she be notified of all further proceedings. Any correspondence may be sent to:

Geri N. Kahn, Esq.

400 Montgomery Street, Suite 810

San Francisco, CA 94104

Tel. (415) 397-5446

Fax (707) 361-0350

Email: gkahn@pacbell.net

Dated this 18th day of January, 2008

/s/ Geri N. Kahn
Geri N. Kahn
400 Montgomery Street, Suite 810
San Francisco, CA 94104