JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIANG ZHU, | ) |
| | ) No. C 07-5570 RMW |
| Plaintiff, | ) |
| | ) |
| v. | ) **PARTIES' JOINT REQUEST TO BE** |
| | ) **EXEMPT FROM FORMAL ADR** |
| MICHAEL CHERTOFF, Secretary, | ) **PROCESS** |
| Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Parties' Joint Request for Exemption
C07-5570 RMW                                        1

1  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR

2  Multi-Option Program and that they be excused from participating in the ADR phone conference

3  and any further formal ADR process.

4  Dated: February 7, 2008                                Respectfully submitted,

5                                                                              JOSEPH P. RUSSONIELLO
                                                                                  United States Attorney

6

7                                                                              _____/s/_____
                                                                                  ILA C. DEISS[1]
8                                                                              Assistant United States Attorney
                                                                                  Attorneys for Defendants
9

10
   Dated: February 7, 2008                                _____/s/_____
11                                                                              GERI N. KAHN
                                                                                  Attorney for Plaintiff
12

13                                            **ORDER**

14     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR

15  Multi-Option Program and are excused from participating in the ADR phone conference and any

16  further formal ADR process.

17  **SO ORDERED.**

18
   Dated:                                                        _____
19                                                                              RONALD M. WHYTE
                                                                                  United States District Judge

---

27     [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28  indicated by a "conformed" signature (/s/) within this efiled document.

Parties' Joint Request for Exemption
C07-5570 RMW                                          2