UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 15, 2008

Case No. C-07-05570-RMW        JUDGE: Ronald M. Whyte

XIANG ZHU                                   -V- MICHAEL CHERTOFF, et al.
Title

G. Kahn                                      AUSA - I. Deiss
**Attorneys Present**                        **Attorneys Present**

**COURT CLERK:** Jackie Garcia              **COURT REPORTER:** Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from counsel. The Court took the matter under submission.

The Court to send out a ruling to the parties. The matter is deemed submitted.