```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIANG ZHU, | No. C 07-5570 RMW |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al., | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Plaintiff filed an application for naturalization with the United States Citizenship and Immigration (USCIS) on May 4, 2006.

2. The Court heard the Defendants' motion to dismiss on February 15, 2008.

3. In order to allow sufficient time for the Court to issue its ruling, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Joint Case Management Statement:   April 11, 2008

Case Management Conference:   April 18, 2008 at 10:30 a.m.

///

Stipulation to Extend Dates
C07-5570 RMW                                        1

1  Dated: February 21, 2008               Respectfully submitted,

2                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
3

4                                          _____/s/_____
                                           ILA C. DEISS[1]
5                                          Assistant United States Attorney
                                           Attorneys for Defendants
6

7

8

9  Dated: February 21, 2008               _____/s/_____
                                           GERI N. KAHN
10                                         Attorney for Plaintiff

11                          **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13

14

15 Dated:                                  _____
                                           RONALD M. WHYTE
16                                         United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Dates
C07-5570 RMW                          2