JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/28/08*

| | |
|---|---|
| XIANG ZHU, | No. C 07-5570 RMW |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE; and [xxxxxxxxxxxxxx]ORDER** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al., | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Plaintiff filed an application for naturalization with the United States Citizenship and Immigration (USCIS) on May 4, 2006.

2. The Court heard the Defendants' motion to dismiss on February 15, 2008.

3. In order to allow sufficient time for the Court to issue its ruling, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Joint Case Management Statement:       April 11, 2008

Case Management Conference:             April 18, 2008 at 10:30 a.m.

///

Stipulation to Extend Dates
C07-5570 RMW                                     1

| | | |
|---|---|---|
| 1 | Dated: February 21, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 9 | Dated: February 21, 2008 | _____/s/_____<br>GERI N. KAHN |
| 10 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 2/28/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Dates
C07-5570 RMW                                    2