1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIANG ZHU, | No. C 07-5570 RMW |
| Plaintiff, | |
| v. | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT; and PROPOSED ORDER** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al., | |
| Defendants. | |

**1. Jurisdiction and Service**

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. §§ 1361 and 1331 and 5 U.S.C. §§ 555(b), 701 *et seq*. and 28 U.S.C. § 2201. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2. Facts**

The plaintiff is a lawful permanent resident of the United States who filed an application for naturalization with USCIS on May 4, 2006. The USCIS has not yet adjudicated plaintiff's naturalization application.

**3. Legal Issues**

Whether this Court may compel the USCIS to adjudicate a naturalization case prior to a full

Joint Case Management Statement
C07-5570 RMW                1

1 criminal background check has been completed.

**4. Motions**

The Defendants filed their motion to dismiss, and Plaintiff filed his opposition. The Court has taken the matter under submission.

**5. Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7. Disclosures**

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

**8. Discovery**

The parties do not intend to take any discovery in this case at this time.

**9. Class Actions**

N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The plaintiff asks this Court to direct defendants to adjudicate his application for naturalization.

**12. Settlement and ADR**

The parties' will file a request to be exempt from the formal ADR process.

**13. Consent to Magistrate Judge for All Purposes**

The parties will not consent to the assignment of this case to a magistrate judge.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

Joint Case Management Statement
C07-5570 RMW                                    2

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties' believe this case can be resolved on their motion for summary judgment.

**17. Scheduling**

If necessary, the parties will propose a schedule for summary judgment motions after the Court makes a ruling on defendants' motion to dismiss.

**18. Trial**

The parties believe this matter can be resolved through motions.  If the Court denies the motion to dismiss, the parties will request a trial date.

**19. Disclosure of Non-Party Interested Entities or Persons**:

The Plaintiff intends to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

///

///

///

///

///

///

///

Joint Case Management Statement
C07-5570 RMW                            3

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | Dated: April 11, 2008 | _____/s/_____ |
| 8 | | GERI N. KAHN<br>Attorney for Plaintiff |

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated: _____
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.