UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*̲**

CIVIL MINUTES

DATE: April 18, 2008

Case No. C-07-05570-RMW          JUDGE: Ronald M. Whyte

XIANG ZHU                                -V- MICHAEL CHERTOFF, et al.
Title

G. Kahn                                   AUSA - C. Cormier

**Attorneys Present**                      **Attorneys Present**

**COURT CLERK: Jackie Garcia**             **COURT REPORTER: Not Reported**

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set a date to hear a motion for summary judgment. Hearing set for 7/11/08 @ 9:00 am.