JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIANG ZHU, | ) No. C 07-5570 RMW |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security, et al., | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has scheduled Plaintiff for an interview, and will adjudicate Plaintiff's application for naturalization within 45 days of the dismissal of this action.

The parties also request that the Court vacate the hearing on Defendants' motion for summary judgment scheduled for July 11, 2008.

///

///

///

Stipulation to Dismiss
C07-5570 RMW                    1

1    Each of the parties shall bear their own costs and fees.

2 Dated: June 5, 2008                          Respectfully submitted,

3                                                JOSEPH P. RUSSONIELLO
United States Attorney

4

5                                                /s/

6                                                ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

7

8

9 Dated: June 5, 2008                          /s/

10                                             GERI N. KAHN
Attorney for Plaintiff

11

12                                     **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14

15 Dated:

                                               RONALD M. WHYTE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C07-5570 RMW                        2