1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7                                                                              ***E-FILED - 6/12/08***
   Attorneys for Defendants
8

9                           UNITED STATES DISTRICT COURT

10                          NORTHERN DISTRICT OF CALIFORNIA

11                                  SAN JOSE DIVISION

12  XIANG ZHU,                              )
                                            )  No. C 07-5570 RMW
13                  Plaintiff,              )
                                            )
14          v.                              )  **STIPULATION TO DISMISS; AND
                                            )  [PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary,            )
    Department of Homeland Security, et al.,)
16                                          )
                    Defendants.             )
17  _____)

18      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20  action without prejudice in light of the fact that the United States Citizenship and Immigration

21  Services has scheduled Plaintiff for an interview, and will adjudicate Plaintiff's application for

22  naturalization within 45 days of the dismissal of this action.

23      The parties also request that the Court vacate the hearing on Defendants' motion for summary

24  judgment scheduled for July 11, 2008.

25  ///

26  ///

27  ///

28
    Stipulation to Dismiss
    C07-5570 RMW                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: June 5, 2008                           Respectfully submitted,

3 |                                               JOSEPH P. RUSSONIELLO
                                                  United States Attorney

5 |                                                        /s/
                                                  ─────────────────────────
6 |                                               ILA C. DEISS[1]
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants

9 | Dated: June 5, 2008                                    /s/
                                                  ─────────────────────────
10|                                               GERI N. KAHN
                                                  Attorney for Plaintiff

12|                         **ORDER**

13|     Pursuant to stipulation, IT IS SO ORDERED.

15| Dated: 6/12/08                                *Ronald M. Whyte*
                                                  ─────────────────────────
                                                  RONALD M. WHYTE
                                                  United States District Judge

───────────────────────────────

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C07-5570 RMW                                2